IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-05-02 (01) |
| | § | |
| JOSEPHINE LEANNE TAYLOR | § | |

### ORDER ACCEPTING GUILTY PLEA

On April 5, 2005, United States Magistrate Judge John R. Froeschner, by designation and referral of this Court and with the consent of the parties, conducted the Rearraignment and Guilty Plea Colloquy of **Josephine Leanne Taylor**, a named Defendant in the above-styled and numbered cause.

Now before the Court is the Report of the United States Magistrate Judge containing his recommendation that this Court accept the guilty plea of **Josephine Leanne Taylor**, a named Defendant in the above-styled and numbered cause, and adjudge her guilty of the offense as charged in Count 1 of the Indictment filed in this cause charging that **Josephine Leanne Taylor** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with Tyrus George, Nelson Stephens, Ronald Lymuel and others to possess with the intent to distribute 50 grams or more, to wit: at least 50 grams but less than 150 grams, of a mixture or substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of Title 21 United States Code § 841(a)(1) and 841(b)(1)(B)(iii) and Title 18 U.S.C. § 2. No objections have been filed to the Report and Recommendation of the Magistrate Judge.

Having given the matter of **Josephine Leanne Taylor'**s re-arraignment de novo review, pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is of the opinion that the Report and

Recommendation of the Magistrate Judge is supported by the record and it is hereby **ACCEPTED** by this Court.

Accordingly, it is the Finding of this Court in the case of <u>United States of America v. Josephine Leanne Taylor</u>, that the Defendant, **Josephine Leanne Taylor**, is fully competent and capable of entering an informed plea, that she is aware of the nature of the charge made against her and the consequence of her plea, and that her plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense with which she is charged.

It is, therefore, the **ORDER** of this Court that the Guilty Plea of **Josephine Leanne Taylor** to Count 1 of the Indictment, entered before the United States Magistrate Judge on April 5, 2005, is **ACCEPTED** by this Court and the Defendant, **Josephine Leanne Taylor**, is now **ADJUDGED** guilty of the offense of unlawfully, knowingly and intentionally combining, conspiring, confederating and agreeing with Tyrus George, Nelson Stephens, Ronald Lymuel and others to possess with the intent to distribute 50 grams or more, to wit: at least 50 grams but less than 150 grams, of a mixture or substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of Title 21 United States Code § 841(a)(1) and 841(b)(1)(B)(iii) and Title 18 U.S.C. § 2.

**DONE** at Galveston, Texas, this <u>29th</u> day of April, 2005.

_____
Samuel B. Kent
United States District Judge